IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE DAVIS,

    Petitioner,               No. CIV S-07-2448 FCD DAD P

    vs.

M. KRAMER,

    Respondent.           ORDER

_____/

    Petitioner has requested an extension of time to file a traverse pursuant to the court's order of November 29, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's January 23, 2008 request for an extension of time is granted; and

    2. Petitioner shall file a traverse on or before March 1, 2008.

DATED: February 4, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:bb
davi2448.111