UNITED STATES DISTRICT COURT
EASTERN   DISTRICT OF CALIFORNIA

| Maurice Davis, | CASE NUMBER |
| | |
| | CV 07-2448-TJH |
| PETITIONER | |
| v. | |
| M. Kramer, Warden | ORDER RE: CERTIFICATE OF APPEALABILITY |
| RESPONDENT. | |

On _____11/17/09_____, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2254. The Court has reviewed the matter.

IT IS HEREBY ORDERED:

☐ The Certificate of Appealability is **GRANTED**. The specific issue(s) satisfy §2253(c)(2) as follows:

☑ The Certificate of Appealability is **DENIED** for the following reason(s):
   ☑ There has been no substantial showing of the denial of a constitutional right.
   ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
   ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

_8/12/10_  
Date

_[signature]_  
United States District Judge